CHANYONG JEONG, ESQ. (SBN 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
222 S. Oxford Ave.
Los Angeles, California 90004
Tel. 213-688-2001
Fax. 213-315-5035

Attorneys for Plaintiff, NS INTERNATIONAL TEXTILES

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NS INTERNATIONAL TEXTILES, a South Korea Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>MISS AVENUE, INC., a California Corporation; CORNERSTONE APPAREL, INC. d/b/a PAPAYA CLOTHING, a California Corporation; DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:19-cv-02691-RGK (PLAx)<br>[Assigned to Hon. R. Gary Klausner<br><br>**[~~PROPOSED~~] ORDER** |

HAVING REVIEWED THE STIPULATION TO DISMISS, by and between Plaintiff NS INTERNATIONAL TEXTILES and Defendants MISS AVENUE, INC. and CONNERSTONE, APPAREL, INC, the Court hereby orders that the above-captioned action be dismissed with prejudice.

Each party shall bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: March 6, 2020

By: *Gary Klausner*
Honorable R. Gary Klausner

1
**STIPULATION FOR DISMISSAL**